# EXHIBIT ONE



**NELSON LEVINE de LUCA & HORST**
A LIMITED LIABILITY COMPANY
**ATTORNEYS AT LAW**

518 Township Line Road
Suite 300
Blue Bell, PA 19422
Phone: 215.358.5100
Fax: 215.358.5101

---

PHILADELPHIA   CHERRY HILL   COLUMBUS   NEWARK   NEW YORK   LONDON   www.nldhlaw.com
Tax ID # 23-3044657

Attn: Jeffrey M. Shrader, Esquire
Booz Allen Hamilton, Inc.
8283 Greensboro Drive
McLean, VA 22102

Page: 1
09/22/2011

Account No:     11147.000001
Statement No:          56729

RE: Givens, Terrence A.

Claim Number:                                      Policy Number:
Date of Loss:

### Fees

| Date | | | Description | | |
|------|-----|---|-------------|------|--------|
| 8/11/2011 | MCS | T | Review recent 4th Circuit decisions regarding Plaintiff claims in preparation for conference with client regarding defense strategy in responding to Complaint. | 1.30 | 455.00 |
| 8/12/2011 | JFM | T | Analysis of electronic communication to J. Shrader regarding new matter: Givens v Booz Allen | 0.10 | 35.00 |
| 8/12/2011 | MCS | T | Review Givens complaint filed in US District Court in Baltimore in preparation for strategy conference with client. | 1.20 | 420.00 |
| 8/12/2011 | MCS | T | Telephone conference with J. Shrader, Esq., counsel for client, regarding proposed strategy in defending Givens complaint. | 0.50 | 175.00 |
| 8/12/2011 | MCS | T | Prepare email correspondence to J. Shrader, Esq. confirming agreed-to strategy for defense of complaint. | 0.70 | 245.00 |
| 8/16/2011 | CJD | T | Reviewed and analyzed complaint in Givens v. Booz matter in order to begin preparation of Motion to Dismiss. | 0.70 | 206.50 |
| 8/17/2011 | CJD | T | Began preparation of the motion to dismiss, reviewing and analyzing plaintiffs notice of charge of discrimination, Booz's response to the charge, and supporting documents, and drafted introduction and facts section of the motion. | 1.40 | 413.00 |
| 8/17/2011 | CJD | T | Continued preparation of motion to dismiss. | 3.60 | 1,062.00 |

**Nelson Levine de Luca & Horst - Blue Bell**                                                Page: 2

| 8/18/2011 | CJD | T | Assisted attorney Stephenson with preparation of analysis of statutes cited although unsupported by the listing of any factual allegations by plaintiff in his complaint. | 0.60 | 177.00 |
|---|---|---|---|---|---|
| 8/18/2011 | MCS | T | Review proposed letter of engagement and revise same. | 0.10 | 35.00 |
| 8/18/2011 | MCS | T | Review and revise Rule 12(b)(6) motion to dismiss and supporting memorandum of law. | 2.10 | 735.00 |
| 8/19/2011 | MCS | T | Prepare Rule 12(b)(6) motion to dismiss Complaint for lack of subject matter jurisdiction and failure to state claim, together with supporting memorandum of law. | 4.80 | 1,680.00 |
| 8/22/2011 | MCS | T | Review and revise Rule 12 (b)(6) motion to dismiss | 4.70 | 1,645.00 |
| 8/24/2011 | CJD | T | Reviewed and analyzed final draft of 12(b)(6) motion to dismiss before preparation for filing. | 0.20 | 59.00 |
| 8/26/2011 | CJD | T | Phone communications with various departments at CT Corporation regarding the details of their acceptance of service of process, documentation supporting same, and preparation of an affidavit summarizing same regarding response to Plaintiff's Motion for Default Judgment. | 0.30 | 88.50 |
| 8/26/2011 | CJD | T | Analyzed and summarized initial facts learned from documents and communication with CT Corporation regarding service of process of plaintiff's complaint learned in order to prepare response to Plaintiff's Motion for Default Judgment. | 0.20 | 59.00 |
| 8/26/2011 | CJD | T | Analyzed and summarized Maryland rules regarding appropriate methods of service of process and time for filing answer in order to begin preparation of answer to Plaintiff's Motion fo Default Judgment. | 0.70 | 206.50 |
| 8/26/2011 | CJD | T | Analyzed and responded to email from CT Corporation regarding preparation of the affidavit in support of opposition to Plaintiff's Motion for Default Judgment and communications with Booz Allen. | 0.10 | 29.50 |
| 8/26/2011 | MCS | T | Telephone conference with J. Shrader, Esq, Booz Allen, regarding motion for default, and response. | 0.10 | 35.00 |
| 8/26/2011 | MCS | T | Review Plaintiff's Motion to Default Judgment. (CLIENT COURTESY - NO CHARGE) | 0.20 | 0.00 |

**Nelson Levine de Luca & Horst - Blue Bell**                                          Page: 3

| 8/26/2011 | MCS | T | Prepare correspondence to Plaintiff advising of facts of service and filing of answer, and requesting his voluntary dismissal of his motion for default. | 0.30 | 105.00 |
|---|---|---|---|---|---|
| 8/26/2011 | MCS | T | Prepare email correspondence to J. Shrader, Esquire, Booz Allen, requesting a copy of proof of service envelope. | 0.10 | 35.00 |
| 8/27/2011 | CJD | T | Researched recent caselaw regarding time for filing of Rule 12 (b) motion regarding Plaintiff's Motion for Default Judgment. | 0.70 | 206.50 |
| 8/27/2011 | CJD | T | Prepare Memorandum of Law in supporting reply to Plaintiffs Motion for Default Judgment, prepare outline of memorandum arguments and introduction and facts section. | 0.90 | 265.50 |
| 8/29/2011 | CJD | T | Telephone conference with Ingrid McPeak regarding documents received from CT Corporation related to service of process. | 0.10 | 29.50 |
| 8/29/2011 | CJD | T | Analyzed recent case law in 4th Circuit and other federal courts in support of argument that motion to dismiss tolls the time for filing an answer in response to Plaintiff's Motion for Default Judgment. | 0.70 | 206.50 |
| 8/29/2011 | CJD | T | Continued preparation of response to Plaintiff's Motion for Default Judgment . | 4.30 | 1,268.50 |
| 8/29/2011 | CJD | T | Reviewed and analyzed email communication from CT Corporation containing documents related to service of the Complaint. | 0.10 | 29.50 |
| 8/29/2011 | CJD | T | Reviewed and analyzed documents from CT Corporation logged in connection with service of the complaint | 0.20 | 59.00 |
| 8/29/2011 | CJD | T | Telephone conference with CT manager Billie Swoboda, to discuss their process for receiving certified mail and service of process in preparation of supporting affidavit. | 0.40 | 118.00 |
| 8/29/2011 | CJD | T | Prepared email correspondence to CT Corporation requesting copies of various logs used by CT Corporation related to the receipt of the complaint. | 0.20 | 59.00 |
| 8/29/2011 | CJD | T | Reviewed and analyzed email correspondence from I. McPeak regarding service of Plaintiffs' Motion for Default Judgment. | 0.10 | 29.50 |
| 8/29/2011 | CJD | T | Telephone conference with I. McPeak regarding original certified mail envelope used for service of the Complaint. | 0.10 | 29.50 |

**Nelson Levine de Luca & Horst - Blue Bell**                                        Page: 4

| | | | | | |
|---|---|---|---|---|---|
| 8/29/2011 | CJD | T | Prepared 28 USC s. 1746 declaration with CT employee regarding general procedures and specific handling related to service of process of Plaintiff's Complaint for review by CT counsel and execution by CT employee. | 1.30 | 383.50 |
| 8/30/2011 | CJD | T | Telephone conference with US Marshals office in Maryland to discuss their process for service of process via certified mail and to obtain a copy of the green card. | 0.20 | 59.00 |
| 8/30/2011 | CJD | T | Telephone conference with Connecticut manger B. Swoboda to discuss details related to their service of process receipt procedures. | 0.10 | 29.50 |
| 8/30/2011 | CJD | T | Revised CT affidavit and memorandum of Law in opposition to Plaintiff's Motion for Default Judgment to incorporate facts obtained from CT Corporation. | 0.20 | 59.00 |
| 8/30/2011 | CJD | T | Reviewed email correspondence from Booz Allen attaching clear copies of all five certified letter envelopes postmarked August 4, 2011 in support of memorandum to Plaintiff's Motion for Default Judgment. | 0.10 | 29.50 |
| 8/30/2011 | CJD | T | Revised and edited opposition memorandum response to Plaintiff's Motion for Default Judgment, incorporating discussion of certified mailing of five envelopes and information learned from CT Corp regarding its intake process. | 1.40 | 413.00 |
| 8/30/2011 | CJD | T | Telephone conference with Connecticut manger B. Swoboda to discuss execution of the Declaration/Affidavit regarding CT procedures and facts related to the service of process. | 0.10 | 29.50 |
| 8/30/2011 | MCS | T | Review and revise Memorandum of Law in Opposition to Default Judgment. | 0.80 | 280.00 |
| 8/31/2011 | CJD | T | Prepared email correspondence to B. Swoboda regarding execution of the declaration. | 0.10 | 29.50 |
| 8/31/2011 | CJD | T | Telephone conference with I. McPeak regarding need for declaration related to the envelopes. | 0.10 | 29.50 |
| 8/31/2011 | CJD | T | Prepared email correspondence to I. McPeak with proposed declaration and instructions for execution. | 0.10 | 29.50 |
| 8/31/2011 | CJD | T | Prepared Declaration of Ingrid McPeak in support of opposition to Plaintiff's Motion for Default Judgment regarding authenticity of envelopes. | 0.30 | 88.50 |

**Nelson Levine de Luca & Horst - Blue Bell**                    Page: 5

| 8/31/2011 | CJD | T | Prepared Court order in support of opposition to Plaintiff's Motion for Default Judgment. | 0.30 | 88.50 |
|---|---|---|---|---|---|
| 8/31/2011 | CJD | T | Revised Opposition Memorandum and organized all exhibits thereto in order to prepare for forwarding to the client for authorization to file. | 1.10 | 324.50 |
| 8/31/2011 | MCS | T | Reviewed and revised Defendant's Opposition Memorandum of Law to Plaintiff's Motion for Default Judgment. | 0.60 | 210.00 |
| 8/31/2011 | MCS | T | Reviewed Defendants' Opposition Memorandum to Plaintiff's Motion for Default Judgment. | 0.40 | 140.00 |
| 8/31/2011 | MCS | T | Prepare email correspondence to J. Shrader, Esq, Booz Allen Hamilton, regarding Plaintiff's opposition memorandum to Defendents' Review 12 (b) (6) Motion to Dismiss the Complaint, with comments and suggested response. | 0.60 | 210.00 |

**For Current Services Rendered:**                    39.60  12,635.00

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Christopher J. Dilenno | Associate | 21.00 | 295.00 | 6,195.00 |
| John F. Mullen, Sr. | Partner | 0.10 | 350.00 | 35.00 |
| Mark C. Stephenson | Partner | 0.20 | 0.00 | 0.00 |
| Mark C. Stephenson | Partner | 18.30 | 350.00 | 6,405.00 |

### Expenses

| 8/25/2011 | 53 | Excessive Postage | 2.08 |
|---|---|---|---|
| 8/26/2011 | 85 | Federal Express - Standard overnight delivery to Terrence Givens in York, PA. | 12.79 |

**Total Expenses:**                    14.87

**Nelson Levine de Luca & Horst - Blue Bell**                    Page: 6

### Total Current Work:                                          12,649.87



# NELSON LEVINE de LUCA & HORST

A LIMITED LIABILITY COMPANY

## ATTORNEYS AT LAW

518 Township Line Road
Suite 300
Blue Bell, PA 19422
Phone:  215.358.5100
Fax:      215.358.5101

PHILADELPHIA    CHERRY HILL    COLUMBUS    NEWARK    NEW YORK    LONDON    www.nldhlaw.com

Tax ID # 23-3044657

Attn:  Jeffrey M. Shrader, Esquire
Booz Allen Hamilton, Inc.
8283 Greensboro Drive
McLean, VA 22102

Page:  1
11/28/2011
Account No:              11147.000001
Statement No:                    58286

RE:  Givens, Terrence A.

Claim Number:                                             Policy Number:
Date of Loss:

### Fees

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/1/2011 | CJD | T | Prepared revisions and supplemented memorandum to incorporate affidavit of BAH personnel who received envelopes. | 0.40 | 118.00 |
| 9/1/2011 | CJD | T | Prepared email to and reviewed and analyzed response from B. Swoboda regarding execution of her Declaration. | 0.10 | 29.50 |
| 9/1/2011 | CJD | T | Spoke with Colin Wexler, attorney for CT Corporation regarding changes to the declaration of Billie Swoboda. | 0.30 | 88.50 |
| 9/1/2011 | MCS | T | Review Defendants' memorandum of law in opposition to motion for default in aid of recommending same to client for filing. | 0.20 | 70.00 |
| 9/1/2011 | MCS | T | Prepare reply memorandum of law in response to Plaintiff's opposition to Defendants' motion to dismiss. | 2.00 | 700.00 |
| 9/2/2011 | CJD | T | Telephone communication with Colin Wexler of CT Corporation regarding changes to the affidavit of Billie Swoboda. | 0.20 | 59.00 |
| 9/2/2011 | CJD | T | Reviewed and analyzed email communication from CT Corporation's attorney. | 0.10 | 29.50 |
| 9/2/2011 | CJD | T | Reviewed and analyzed proposed changes to the declaration of Billie Swoboda | 0.10 | 29.50 |
| 9/2/2011 | CJD | T | Revised declaration of Billie Swoboda and returned to counsel for final approval and signature. | 0.10 | 29.50 |

**Nelson Levine de Luca & Horst - Blue Bell**                                      Page: 2

| | | | | | |
|---|---|---|---|---|---|
| 9/6/2011 | CJD | T | Prepared email correspondence to CT's counsel and representative B. Swoboda regarding changes made to the Declaration to be attached as an exhibit to the Opposition to Plaintiff's Motion for Default Judgment and execution thereof. | 0.10 | 29.50 |
| 9/6/2011 | CJD | T | Telephone conference with Billie Swoboda regarding execution of the latest version of the declaration supporting our opposition to Plaintiff's Motion for Default Judgment. | 0.10 | 29.50 |
| 9/6/2011 | CJD | T | Telephone conference with Colin Wexler, CT's counsel, regarding final change to the declaration supporting our opposition to Plaintiff's Motion for Default Judgment. | 0.10 | 29.50 |
| 9/6/2011 | CJD | T | Telephone conference with Billie Swoboda regarding execution and forwarding of the declaration supporting our opposition to Plaintiff's Motion for Default Judgment. | 0.10 | 29.50 |
| 9/6/2011 | CJD | T | Reviewed and analyzed email communication from CT's counsel regarding the declaration of Billie Swoboda supporting our opposition to Plaintiff's Motion for Default Judgment. | 0.10 | 29.50 |
| 9/9/2011 | MCS | T | Prepare email correspondence to Plaintiff regarding request for extension of time to file. | 0.10 | 35.00 |
| 9/9/2011 | MCS | T | Prepare email correspondence to J. Shrader, Esquire regarding strategy in asserting Rule 11 against pro se plaintiff, and request for extension by Plaintiff. | 0.10 | 35.00 |
| 9/9/2011 | MCS | T | Telephone conference with J. Shrader, Esq. regarding Plaintiff request for extension of time to file amended motion for default judgment. | 0.10 | 35.00 |
| 9/9/2011 | MCS | T | Review email correspondence from J. Shrader, Esq. authorizing filing of suggested response to Plaintiff's motion for default judgment. | 0.10 | 35.00 |
| 9/12/2011 | CJD | T | Researched and analyzed law of 4th Circuit supporting fact that the filing of 12(b)(6) motion serves as entry of general appearance. | 0.60 | 177.00 |
| 9/12/2011 | CJD | T | Prepared Reply to plaintiff's objection with memoranda to defendants' Motion to Dismiss. | 3.70 | 1,091.50 |
| 9/12/2011 | CJD | T | Prepared Order to be attached to the reply to plaintiff's objection with memoranda to defendants' Motion to Dismiss. | 0.20 | 59.00 |
| 9/14/2011 | CJD | T | Reviewed and analyzed electronic docket and order of the court denying plaintiff's motion for | 0.20 | 59.00 |

**Nelson Levine de Luca & Horst - Blue Bell**                                        Page: 3

| | | | | | |
|---|---|---|---|---|---|
| | | | default judgment and motion to amend his motion for default judgment. | | |
| 9/14/2011 | CJD | T | Revised reply to plaintiff's opposition to defendants' motion to dismiss removing all arguments responding to plaintiff's arguments related to his motion for default in light of court's order denying plaintiff's motion for default. | 0.60 | 177.00 |
| 9/14/2011 | CJD | T | Prepared email correspondence to client forwarding reply to plaintiff's opposition to motion to dismiss, and explaining recent order of the court denying plaintiff's motion for default. | 0.20 | 59.00 |
| 9/14/2011 | CJD | T | Reviewed and analyzed email correspondence from the client regarding our reply to plaintiff's opposition to the Motion to Dismiss. | 0.10 | 29.50 |
| 9/14/2011 | CJD | T | Reviewed docket information and provided response to question in email correspondence from the client related to our Reply to plaintiff's opposition to our Motion to Dismiss. | 0.10 | 29.50 |
| 9/15/2011 | CJD | T | Revised Defendant's Reply to Plaintiff's opposition to Defendant's Motion to Dismiss. | 0.20 | 59.00 |
| 9/20/2011 | MCS | T | Review motions for reconsideration of order denying default judgment and for appointment of counsel under Title VII filed by plaintiff. | 0.30 | 105.00 |
| 9/20/2011 | MCS | T | Telephone conference with J. Shrader, Esq. regarding recent filings and appointment of counsel issue. | 0.20 | 70.00 |
| 9/20/2011 | MCS | T | Prepare response to Plaintiff's motions for reconsideration of denial of default judgment. | 0.80 | 280.00 |
| 9/20/2011 | MCS | T | Legal research on the availability of appointment of counsel under Title VII, and recent cases. | 1.90 | 665.00 |
| 9/21/2011 | MCS | T | Review email correspondence from client with regard to Plaintiff's recent reconsideration filings and request for appointment of counsel. | 0.10 | 35.00 |
| 9/21/2011 | MCS | T | Prepare email correspondence to client advising of court order denying reconsideration sua sponte. | 0.20 | 70.00 |
| 9/21/2011 | MCS | T | Legal research with regard to recent cases that address a Title VII's qualifications to represent themselves, defeating a need to appoint counsel. | 2.40 | 840.00 |
| 9/23/2011 | MCS | T | Legal research on appointment issue and draft opposition. | 6.00 | 2,100.00 |
| 9/26/2011 | MCS | T | Review and revise memorandum of law in | 6.70 | 2,345.00 |

**Nelson Levine de Luca & Horst - Blue Bell**                           Page: 4

| | | | | | |
|---|---|---|---|---|---|
| | | | opposition to Plaintiff's motion for appointed counsel. | | |
| 10/6/2011 | CJD | T | Reviewed and analyzed recent correspondence related to this matter in order to identify immediate action items. | 0.10 | 29.50 |
| 10/7/2011 | MWD | T | Review and revise response to motion to appoint counsel. | 0.50 | 175.00 |
| 10/7/2011 | MWD | T | Telephone conferences with local counsel. | 0.50 | 175.00 |
| 10/7/2011 | CJD | T | Reviewed and analyzed recent correspondence, court docket, the court's recent orders, and plaintiff's recent filings in order to assess status of the case and necessary steps. | 0.70 | 206.50 |
| 10/7/2011 | CJD | T | Revised response to plaintiff's motion requesting the appointment of counsel. | 0.40 | 118.00 |

**For Current Services Rendered:**                               31.10   10,395.50

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Michael DeWitt | Partner | 1.00 | 350.00 | 350.00 |
| Christopher J. Dilenno | Associate | 8.90 | 295.00 | 2,625.50 |
| Mark C. Stephenson | Partner | 21.20 | 350.00 | 7,420.00 |

### Expenses

| | | | |
|---|---|---|---|
| 9/9/2011 | 53 | Excessive Postage | 2.08 |
| 9/26/2011 | 76 | PACER Service Center - Online legal research utilizing PACER | 24.00 |
| 10/19/2011 | 70 | Clerk, U.S. District Court - Filing fee expense incurred for the filing of the Attorney Admission for Michael DeWitt for the US District Court for the District of Maryland. | 175.00 |
| 10/19/2011 | 85 | UPS - Priority overnight commercial delivery to Jason Gerber, Esq. of Reger Law in Towson, MD. | 26.28 |

**Total Expenses:**                                                   227.36

**Nelson Levine de Luca & Horst - Blue Bell**

## Total Current Work: 10,622.86

**Mark C. Stephenson, Esquire**

*482 Norristown Road*

*Suite 114*

*Blue Bell, PA 19422*

*United States*

**Phone:** 215-390-3438

## Invoice: 2102-0008

### Matter: Terrance A. Givens

**Booz Allen Hamilton, Inc.**

*8283 Greensboro Drive*

*McLean, VA 22102-3830*

*United States*

**Phone:**

**Invoice Date: 4/30/2012**

*Payment Terms: 30 Days*

| Item Date | Description | Time Keeper | Qty | Type | Price | Total |
|---|---|---|---|---|---|---|
| 3/1/2012 | Review Plaintiff's motion for summary judgment. | Mark Stephenson | 0.30 | Hours | $235.00 | $70.50 |
| 3/6/2012 | Prepare email correspondence to J. Shrader, Esq. regarding status of response date to Plaintiff's motion for summary judgment, and response strategy. | Mark Stephenson | 0.30 | Hours | $235.00 | $70.50 |
| 3/7/2012 | Prepare memorandum of law in opposition to Plaintiff's motion for summary judgment. | Mark Stephenson | 6.00 | Hours | $235.00 | $1,410.00 |
| 3/7/2012 | Legal research on preservation of defense rights to discovery if Court allows plaintiff to proceed. | Mark Stephenson | 2.80 | Hours | $235.00 | $658.00 |
| 3/7/2012 | Legal research on issue of dismissal of Plaintiff's summary judgment motion as premature. | Mark Stephenson | 2.60 | Hours | $235.00 | $611.00 |
| 3/7/2012 | Telephone conference with J. Shrader regarding strategy in response to Plaintiff's motion for summary judgment. | Mark Stephenson | 0.10 | Hours | $235.00 | $23.50 |
| 3/7/2012 | Telephone conference with J. Shrader regarding strategy in response to Plaintiff's motion for summary judgment. | Mark Stephenson | 0.10 | Hours | $235.00 | $23.50 |
| 3/8/2012 | Prepare email correspondence to J. Shrader, Esq. forwarding proposed Answer to Plaintiff's motion for summary judgment, and supporting memorandum of law and declarations for review. | Mark Stephenson | 0.20 | Hours | $235.00 | $47.00 |
| 3/8/2012 | Prepare declaration of Mark C. Stephenson, Esq. in support of need for discovery if matter allowed to proceed. | Mark Stephenson | 0.80 | Hours | $235.00 | $188.00 |
| 3/8/2012 | Prepare declaration of client designee in support of need for discovery if matter allowed to proceed and factual support in opposition to summary judgment. | Mark Stephenson | 1.20 | Hours | $235.00 | $282.00 |

| Item Date | Description | Time Keeper | Qty | Type | Price | Total |
|-----------|-------------|-------------|-----|------|-------|-------|
| 3/8/2012 | Review and revise Defendants' memorandum of law in opposition to Plaintiff's motion for summary judgment. | Mark Stephenson | 5.70 | Hours | $235.00 | $1,339.50 |
| 3/8/2012 | Prepare Defendants' Answer to Plaintiff's Motion for Summary Judgment. | Mark Stephenson | 1.00 | Hours | $235.00 | $235.00 |
| 3/15/2012 | Follow-up email correspondence to J. Shrader regarding Defendants' opposition pleadings to Plaintiff's motion for summary judgment. | Mark Stephenson | 0.20 | Hours | $235.00 | $47.00 |
| 3/26/2012 | Prepare email correspondence to J. Shrader, Esq. advising of Plaintiff's motion to vacate dismisssal and forwarding copy of pleadings. | Mark Stephenson | 0.10 | Hours | $225.00 | $22.50 |

| | |
|---|---|
| **Total Fees:** | $5,028.00 |
| **Total Expenses:** | $0.00 |
| **Invoice Total:** | **$5,028.00** |

Notes:

**Mark C. Stephenson, Esquire**

*482 Norristown Road*

*Suite 114*

*Blue Bell, PA 19422*

*United States*

**Phone:** 215-390-3438

## Invoice: 2012-0012

## Matter: Terrance A. Givens

**Booz Allen Hamilton, Inc.**

*8283 Greensboro Drive*

*McLean, VA 22102-3830*

*United States*

**Phone:**

**Invoice Date: 5/1/2012**

*Payment Terms: 30 Days*

| Item Date | Description | Time Keeper | Qty | Type | Price | Total |
|---|---|---|---|---|---|---|
| 4/9/2012 | Prepare email correspondence to J. Shrader, Esq. advising of appeal, and outlining proposed going-forward strategy. | Mark Stephenson | 0.50 | Hours | $235.00 | $117.50 |
| 4/9/2012 | Rreview 4th Circuit ECF docket with regard to Givens' appeal. | Mark Stephenson | 0.20 | Hours | $235.00 | $47.00 |
| 4/9/2012 | Review notice from T. Givens of appeal to 4th Circuit. | Mark Stephenson | 0.10 | Hours | $235.00 | $23.50 |
| 4/11/2012 | Prepare email correspondence to J. Shrader, Esq. regarding 4th Circuit's Informal Briefing Order. | Mark Stephenson | 0.10 | Hours | $235.00 | $23.50 |
| 4/11/2012 | Prepare email correspondence to J. Shrader outlining Appellant's arguments in Informal Opening Brief and proposed answering brief strategy. | Mark Stephenson | 0.50 | Hours | $235.00 | $117.50 |
| 4/11/2012 | Review and analyze Appellant's Informal Opening Brief. | Mark Stephenson | 1.40 | Hours | $235.00 | $329.00 |
| 4/17/2012 | Telephone conference with M. DeWitt, Esq., regarding appearances of record. | Mark Stephenson | 0.10 | Hours | $235.00 | $23.50 |
| 4/23/2012 | Prepare email correspondence to J. Shrader, Esq. regarding initial appellate filings. | Mark Stephenson | 0.10 | Hours | $235.00 | $23.50 |
| 4/23/2012 | Review Disclosure of Corporate Affialtions prepared by client, and revise for filing. | Mark Stephenson | 0.10 | Hours | $235.00 | $23.50 |
| 4/23/2012 | Review email correspondence from J. Shrader, Esq. regarding appeal strategy. | Mark Stephenson | 0.10 | Hours | $235.00 | $23.50 |
| 4/23/2012 | Prepare email correspondence to J. Shrader, Esq. advising that 4th Circuit did not dismiss sua sponte, and that preparation of appellees' Informal Answering Brief would go forward. | Mark Stephenson | 0.10 | Hours | $235.00 | $23.50 |
| 4/24/2012 | Draft factual statement of Informal Answering Brief. | Mark Stephenson | 3.20 | Hours | $235.00 | $752.00 |
| 4/24/2012 | Review Appellant's Informal Opening Brief,  identify principal arguments and outline response. | Mark Stephenson | 3.80 | Hours | $235.00 | $893.00 |

| Item Date | Description | Time Keeper | Qty | Type | Price | Total |
|-----------|-------------|-------------|-----|------|-------|-------|
| 4/25/2012 | Prepare email correspondence to J. Shrader, Esq. forwarding Informal Answering Brief for comments and strategy. | Mark Stephenson | 0.20 | Hours | $235.00 | $47.00 |
| 4/25/2012 | Prepare arguments regarding appellant's lack of standing, time bar on all claims, and review Informal Answering Brief to finalize. | Mark Stephenson | 3.70 | Hours | $235.00 | $869.50 |
| 4/25/2012 | Legal research on recent federal court decisions on amendment of pro se claims, lack of court rationale stated for denial and futility. | Mark Stephenson | 1.20 | Hours | $235.00 | $282.00 |
| 4/25/2012 | Legal research on pro se cases in 4th Circuit, and in recent dismissal of pro se claims by federal appeals courts generally. | Mark Stephenson | 1.80 | Hours | $235.00 | $423.00 |
| 4/25/2012 | Review Appellant arguments and draft responses to same. | Mark Stephenson | 4.00 | Hours | $235.00 | $940.00 |
| 4/27/2012 | Telephone conference with J. Shrader, Esq. regarding Informal Answering Brief. | Mark Stephenson | 0.10 | Hours | $235.00 | $23.50 |
| 4/30/2012 | Review email correspondence from J. Shrader, Esq. approving Informal Answering Brief for filing, with comments. | Mark Stephenson | 0.10 | Hours | $235.00 | $23.50 |
| 4/30/2012 | Review and revise Informal Answering Brief regarding J. Shrader, Esq. comments. | Mark Stephenson | 0.30 | Hours | $235.00 | $70.50 |
| 4/30/2012 | Prepare email correspondence to J. Shrader, Esq. advising of filing of Informal Answering Brief. | Mark Stephenson | 0.10 | Hours | $225.00 | $22.50 |

| | |
|---|---|
| **Total Fees:** | $5,122.00 |
| **Total Expenses:** | $0.00 |
| **Invoice Total:** | $5,122.00 |

Notes:

**Mark C. Stephenson, Esquire**

*482 Norristown Road*

*Suite 114*

*Blue Bell, PA 19422*

*United States*

**Phone:** 215-390-3438

# Invoice: 2012-22

## Matter: Terrance A. Givens

**Booz Allen Hamilton, Inc.**

*8283 Greensboro Drive*

*McLean, VA 22102-3830*

*United States*

**Phone:**

**Invoice Date: 9/17/2012**

*Payment Terms: 30 Days*

| Item Date | Description | Time Keeper | Qty | Type | Price | Total |
|---|---|---|---|---|---|---|
| 8/1/2012 | Prepare email correspondence to W. Meyers, Esquire regarding 4th Circuit dismissal of appeal. | Mark Stephenson | 0.20 | Hours | $235.00 | $47.00 |
| 8/2/2012 | Review follow-up email correspondence from client regarding attorney fee award. | Mark Stephenson | 0.10 | Hours | $235.00 | $23.50 |
| 8/2/2012 | Prepare email correspondence to client regarding availability of attorney fee award. | Mark Stephenson | 0.20 | Hours | $235.00 | $47.00 |
| 8/2/2012 | Review email correspondence from client regarding award of attorney fees and costs. | Mark Stephenson | 0.10 | Hours | $235.00 | $23.50 |
| 8/13/2012 | Prepare motion for award of attorney fees and costs. | Mark Stephenson | 1.00 | Hours | $235.00 | $235.00 |
| 8/13/2012 | Prepare follow-up email correspondence to client regarding motion for award of attorney fees. | Mark Stephenson | 0.20 | Hours | $235.00 | $47.00 |
| 8/13/2012 | Telephone conference with client regarding availability of Bill of Costs, award of attorney fees. | Mark Stephenson | 0.20 | Hours | $235.00 | $47.00 |
| 8/13/2012 | Research on availability of Bill of Costs; requirements for motion for award of attorney fees and costs. | Mark Stephenson | 0.80 | Hours | $235.00 | $188.00 |
| 8/14/2012 | Legal research on applicable standard for award of attorney fees and costs re pro se plaintiff. | Mark Stephenson | 4.80 | Hours | $235.00 | $1,128.00 |
| 8/14/2012 | Prepare email correspondence to client forwarding proposed motion for award of attorney fees and costs. | Mark Stephenson | 0.10 | Hours | $235.00 | $23.50 |
| 8/16/2012 | Prepare supporting memorandum for award of attorney fees and costs. | Mark Stephenson | 3.60 | Hours | $235.00 | $846.00 |
| 8/20/2012 | Further legal research on frivilousness standard for award of attorney fees and costs against pro se plaintiff. | Mark Stephenson | 5.80 | Hours | $235.00 | $1,363.00 |

**Total Fees:** $4,018.50

| | |
|---|---|
| **Total Expenses:** | $0.00 |
| **Invoice Total:** | $4,018.50 |

Notes:

**Mark C. Stephenson, Esquire**

*482 Norristown Road*

*Suite 114*

*Blue Bell, PA 19422*

*United States*

**Phone:** 215-390-3438

# Invoice: 2012-24

## Matter: Terrance A. Givens

**Booz Allen Hamilton, Inc.**

*8283 Greensboro Drive*

*McLean, VA 22102-3830*

*United States*

**Phone:**

**Invoice Date: 9/17/2012**

*Payment Terms: 30 Days*

| Item Date | Description | Time Keeper | Qty | Type | Price | Total |
|---|---|---|---|---|---|---|
| 9/17/2012 | Review and finalize supporting memorandum regarding attorney fees and costs. | Mark Stephenson | 6.00 | Hours | $235.00 | $1,410.00 |
| 9/14/2012 | Further review and revision of supporting memorandum regarding award of attorney fees and costs. | Mark Stephenson | 4.50 | Hours | $235.00 | $1,057.50 |
| 9/12/2012 | Review and revise supporting memorandum regarding award of attorney fees and costs. | Mark Stephenson | 4.60 | Hours | $235.00 | $1,081.00 |

|  |  |
|---|---|
| **Total Fees:** | $3,548.50 |
| **Total Expenses:** | $0.00 |
| **Invoice Total:** | $3,548.50 |

Notes: