**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| TERRANCE ALEXANDER GIVENS | * | |
| | * | |
| | * | |
| v. | * | Civil No. – BEL-11-1906 |
| | * | |
| BOOZ ALLEN HAMILTON, INC. | * | |
| ****** | | |

## MEMORANDUM

Defendants have filed a motion for attorney fees.[1] The motion will be denied. Although there may well be merit to defendant's position that some of the claims asserted by plaintiff were frivolous, this court granted plaintiff leave to file *in forma pauperis*. Therefore, in light of the apparent economic disparity between the parties, and plaintiff's inability to pay a judgment for attorney fees and costs entered against her, prudence dictates that defendant's request for attorneys' fees and costs be denied.

Date:   February 27, 2013         \_\_\_/s/_____
                                  J. Frederick Motz
                                  United States District Judge

---

[1] The undersigned is handling the motion because Judge Legg has retired from the bench and the most efficient way to resolve the motion (which is ancillary to the issues on the merits) is for the undersigned to handle it (as well as various other "loose ends" left by Judge Legg). If, however, defendants wish to appeal the denial of their motion, they should move to rescind this order in light of the fact that the undersigned's wife was on the appellate panel that affirmed Judge Legg's ruling on the merits in favor of defendants.